

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2014

No. 04-13-00552-CV

**HEB GROCERY CO., LLP**,
Appellant

v.

Rogelio **LOPEZ**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-11065
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:     Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

The court has considered the appellant's supplemental motion for rehearing en banc, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court